RECEIVED
05 JUL 11 AM 10:02

E-Filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FERNANDO RUIZ,

        Plaintiff(s),

v.

AFFINITY LOGISTICS CORP.

        Defendant(s).

CASE NO. CV05-02015 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

James H. Hanson, an active member in good standing of the bar of Indiana, whose business address and telephone number is 10 W. Market Street, Suite 1500, Indianapolis, IN 46204; (317) 637-1777, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Affinity Logistics Corp,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 1 2 2005

                                            Jeffrey S. White
                                            United States District Judge