# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUIZ, | CASE NO. CV05-02015 JSW |
| Plaintiff(s), | ~~(Proposed)~~ |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| AFFINITY LOGISTICS CORP. | |
| Defendant(s). | |

Daniel R. Barney, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 1850 M Street, N.W., Suite 280, Washington, DC 20036-5804; (202) 783-9222, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Affinity Logistics Corp,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: JUL 1 2 2005

Jeffrey S. White
United States District Judge