Exhibit 1 to Defendant's Brief

James H. Hanson, *Pro Hac Vice*
Ind. Bar No. 08100-49
SCOPELITIS, GARVIN, LIGHT & HANSON
10 West Market Street, Suite 1500
Indianapolis, IN 46204
(317) 637-1777
Fax: (317) 687-2414
jhanson@scopelitis.com

Daniel R. Barney, *Pro Hac Vice*
District of Columbia Bar No. 355537
SCOPELITIS, GARVIN, LIGHT & HANSON
1850 M Street, N.W., Suite 280
Washington, DC 20036-5804
(202) 783-9222
Fax: (202) 783-9230
dbarney@scopelitis.com

Kathleen C. Jeffries
Cal. Bar No. 110362
SCOPELITIS, GARVIN, LIGHT & HANSON
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101
(626) 795-4700
Fax: (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO RUIZ, | ) |
| | ) CASE NO. CV05-2015 JSW |
| Plaintiff, | ) |
| | ) |
| vs. | ) DECLARATION OF CHARLES T. HITT IN |
| | ) SUPPORT OF DEFENDANT'S BRIEF IN |
| AFFINITY LOGISTICS CORP., | ) OPPOSITION TO PLAINTIFF'S MOTION |
| | ) FOR CERTIFICATION OF A COLLECTIVE |
| Defendant. | ) ACTION AND PERMISSION TO SEND NOTICE |

I, Charles T. Hitt, declare and state as follows:

1.      I am the Chief Operating Officer of Defendant, Affinity Logistics Corp. ("Affinity Logistics") and have been employed by Affinity Logistics since January 1, 2001.  I am submitting this Declaration in support of Defendant's Brief in Opposition to Plaintiff's Motion for Certification of a Collective Action and Permission to Send Notice.   Unless otherwise indicated, the following facts are based upon my personal knowledge, and, if called as a witness in this proceeding, I would be competent to testify to the same.

2.      Affinity Logistics is a motor carrier registered with the Federal Motor Carrier Safety Administration ("FMCSA").

3.      Affinity Logistics has entered into contracts with contractor drivers who provide delivery services for Affinity Logistics' customers from over 55 locations throughout the United States.  In my position as Chief Operating Officer of Affinity Logistics, I oversee all operations of the Company.  I am very involved in the pricing of Affinity Logistics' services for its customers.  As part of this process, I, along with others, perform an analysis of the scope of services desired by the customer and the costs that would be associated in providing those services.  I am also very involved in determining the method and amount of compensation that would be paid to contractors who would provide the services to the customer.  As part of this process, I, along with others, perform an analysis of the duties to be performed by the contractors and the contractors' costs that will be incurred in performing those duties.  Thus, I have personal knowledge of the duties performed by the contractor drivers and the manner in which they are compensated for their services.

4.      Upon information and belief, Plaintiff, as an Affinity Logistics contractor, was responsible for delivering Sears appliances throughout the San Diego, California area.

5.      Many of the contractors performing services for Affinity Logistics regularly cross state lines in delivering their freight, including but not limited to the following:

a.   Contractors performing services for J.C. Penney and Expo Design in San Leandro, California regularly travel into Nevada to perform deliveries.

b.   Contractors providing services for Sears in Kingston, New Hampshire regularly travel into Massachusetts to perform deliveries.

c.   Contractors providing services for Sears and Ashley Furniture HomeStores in Jacksonville, Florida regularly travel into Georgia to perform deliveries.

d.   Contractors providing services for Sears in Pensacola, Florida regularly travel into Alabama to perform deliveries.

e.   Contractors providing services for EXPO Design in New Jersey regularly travel into New York to perform deliveries.

f.   Contractors providing services for Sears in Melrose Park, Illinois regularly travel into Indiana to perform deliveries.

g.   Contractors providing services for EXPO Design in Walpole, Massachusetts regularly travel into Rhode Island, Connecticut, New Hampshire, and Maine to perform deliveries.

h.   Contractors providing services for Sears in Pittsburgh, Pennsylvania regularly travel into Ohio and West Virginia to perform deliveries.

6.      Based upon my knowledge of Affinity Logistics' operations and the operations of Affinity Logistics' customers, as well as my involvement in the pricing of contractor services, some of the contractors performing services for Affinity Logistics do not regularly cross state lines in delivering their freight, but they regularly deliver products that are a continuous movement of freight across state lines, including, but not limited to, contractors in Arizona, California, Florida, New Mexico, Oklahoma, Texas, and Washington.

7.      The manner in which Affinity Logistics compensates its contractor drivers varies greatly depending upon a number of factors, including the particular services the contractors provide, the geographic area in which the services are provided, and the particular customer for whom they provide services.  Because of the wide variance in compensation methods, this

element of the contractual relationship could not be made part of the Independent Truckman's Agreement but must be handled separately with each contractor.

8. Affinity Logistics generally compensates its contractors on either a per-stop basis or on the basis of a percentage of the retail value of the loads they deliver. Within each of these categories there is wide variation in the amounts paid to the various contractors. Some contractors receive a higher per-stop payment than others. Similarly, some contractors receive a higher percentage of retail value than other contractors. Several factors influence the amount of the contractor's compensation. For example, a higher amount may reflect the fact that a contractor has to travel a greater number of miles to complete his/her deliveries. Also, a higher amount may reflect that the contractor is geographically located in an area with higher payroll or fuel costs. The amount may also be affected by the anticipated number of stops a contractor will be performing per day, which may vary according to customers' needs. A higher amount might also reflect that a contractor, as a result of the type of freight being delivered, is required to perform more work at each stop and, therefore, is not able to make as many stops as other contractors.

9. Plaintiff was compensated on a per-stop basis. Plaintiff and the other contractors performing services for Sears in San Diego, California received a designated per-stop fee of $23.50 for each completed regular delivery. Attached hereto as *Exhibit A* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for Sears in San Diego, California.

10. While other contractors at other locations also receive a per-stop payment, the payment amount varies greatly. The contractors performing services for Home Depot in Los Angeles, California, Scottsdale, Arizona, and San Francisco, California receive $76.29 for each

completed regular delivery.  Attached hereto as *Exhibits B, C, and D* are true and accurate copies of pricing memoranda describing the compensation paid to contractors performing services for Home Depot in Los Angeles, California, Scottsdale, Arizona, and San Francisco, California.

11.     The contractors performing services for Bloomingdales in Chicago, Illinois receive $40.92 for each completed regular delivery.  Attached hereto as *Exhibit E* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for Bloomingdales in Chicago, Illinois.

12.     The contractors performing services for Sears in Denver, Colorado receive $25.85 for each of their completed regular deliveries.  Attached hereto as *Exhibit F* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for Sears in Denver, Colorado.

13.     In addition to the per-stop fee, most of the contractors are also eligible for certain additional payments for additional services that are provided.   These payments, and their amounts, vary greatly among the contractors who are paid on a per-stop basis.  For example, the contractors providing services for Federated Macy's in Pennsylvania receive an additional mileage payment of $1.05 per mile traveled in making a regular delivery.  Attached hereto as *Exhibit G* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for Federated Macy's in Pennsylvania.  The contractors providing services to BestBuy in Atlanta, Georgia do not receive any type of mileage payment, but they do receive an additional payment of $34.00 in the event a delivery is refused by a consumer.  Attached hereto as *Exhibit H* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for BestBuy in Atlanta, Georgia.  The contractors providing services to Sears in Melrose Park, Illinois do not receive an

additional payment for a refused delivery but, instead, are paid a flat amount of $460.00 for all of their stops on their daily manifest of deliveries. Attached hereto as *Exhibit I* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for Sears in Melrose Park, Illinois. The contractors providing services for EXPO Design in San Francisco, California receive an additional payment of $76.29 if they make a delivery to a wrong address whereas the contractors providing services for J.C. Penney in Fresno, California are not eligible for such a payment. Attached hereto as *Exhibits J and K* are true and accurate copies of the pricing memoranda describing the compensation paid to contractors performing services for EXPO Design in San Francisco, California and J.C. Penney in Fresno, California. The contractors providing services for EXPO Design in Los Angeles, California receive additional payments of $25.00 for installing refrigerators and additional payments of $20.00 for making a delivery to a high-rise building. Attached hereto as *Exhibit L* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for EXPO Design in Los Angeles, California.

14.    Other contractors do not receive a per-stop fee, but are paid a percentage of the retail value of the loads they deliver. For example, the contractors providing driving services in Jacksonville, Florida deliver furniture for Ashley Furniture HomeStores. These contractors are paid 67% of the retail value of the loads they deliver. In addition, and depending on the location of the delivery, the contractors may also receive a payment of $0.84 per mile traveled outside certain geographical zones. Attached hereto as *Exhibit M* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for Ashley Furniture HomeStores in Jacksonville, Florida.

15.     The contractors providing services to Lane Furniture in Arizona also receive a percentage of the retail value of their loads.  These Arizona contractors are paid 57% of the retail value of their loads, and their mileage payment is only $0.71 per mile.  Attached hereto as *Exhibit N* is a true and accurate copy of a pricing memorandum describing the compensation paid to contractors performing services for Lane Furniture in Arizona.

16.     There are significant differences in the duties performed by contractors providing services to Affinity Logistics throughout the United States.  These duties vary significantly according to the location out of which the contractor works, the customer for who the contractor is providing services, and the type of freight being delivered.  For this reason, contractors cannot simply move to another location and expect to perform the same duties.

17.     The various duties of the contractors are set forth in contractor manuals that are separately prepared for the contractors providing services to each of Affinity Logistics' customers.

18.     Contractors delivering furniture for Ashley Furniture HomeStores have duties that are vastly different than contractors delivering appliances, electronics, and other merchandise for Sears.  Affinity Logistics' Contractor Manual for the Ashley Furniture Homestores contains detailed delivery duties and responsibilities that are unique to this customer and the furniture products that are being delivered.  Attached hereto as *Exhibit O* is a true and accurate copy of excerpts from the Contractor Delivery Procedures Manual for Ashley Furniture Homestores. These duties may be contrasted with Affinity Logistics' Contractor Manual for the Sears contractors which outlines very different and more technical duties and responsibilities associated with the delivery and installation of appliances such as refrigerators, electronic equipment, freezers, gas ranges, washing machines, and dryers.  Attached hereto as *Exhibit P* is a

true and accurate copy of excerpts from the Contractor Delivery Procedures Manual for Sears. In addition, the duties of the contractors delivering and installing home appliances are frequently altered in order to comply with updated installation instructions from manufacturers. Attached hereto as *Exhibit Q* are true and accurate copies of examples of updated installation instructions that describe additional duties for contractors delivering and installing home appliances.

19.     I declare under the penalties of perjury under the laws of the State of California that the foregoing is true and correct and that I have executed this Declaration on the 14th day of October, 2005.



                                                    Charles T. Hitt

h:\users\bleive\documents\affinity\by ruiz 12293 1\pleadings\hitt declaration for objection.doc